619 A.2d 1059

Jacqueline McKNIGHT; Miriam McKnight and Jack McKnight; Shaun T. Grimes; Yvette Z. Grimes, Minors by Their Parent and Natural Guardian, Tracy Grimes; Christopher D. White, a Minor, by His Parent and Natural Guardian, Jeffrey White, Appellants,

v.

ST. AGNES MEDICAL CENTER; Hahnemann University; Frederick A. Declemente, M.D.; Bruce J. Romanczuk, M.D.; Gerald V. Vernose, M.D.; F.W. Wendler, M.D.; R. Morris, M.D.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1993.

Decided Feb. 17, 1993.

Aaron D. Blumberg, Robin L. Wolf, Donald E. Matusow, Philadelphia, for J. & M. McKnight, et al.

Charles E. McClafferty, Philadelphia, for Hahnemann Univ.

Kevin H. Wright, Francis J. McGovern, Plymouth Meeting, for B. Romanczuk.

Donald F. Ladd, Francis J. McGovern, Plymouth Meeting, for St. Agnes Medical Ctr.

Kevin McNulty, Frank A. Gerolamo, Philadelphia, for F. DeClemente.

Daniel F. Ryan, III, Joan Orsini, Plymouth Meeting, for G. Vernose.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.